# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRAGMATUS TELECOM, LLC, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:12-cv-00095-RGA |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| SIRIUS XM RADIO INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| SIRIUS XM RADIO INC., ) | |
| ) | |
| Counterclaimant, ) | |
| ) | |
| v. ) | |
| ) | |
| PRAGMATUS TELECOM, LLC, ) | |
| ) | |
| Counterclaim Defendant. ) | |
| ) | |
| SIRIUS XM RADIO INC., ) | |
| ) | |
| Third Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| RIGHTNOW TECHNOLOGIES, INC., ) | |
| ) | |
| Third Party Defendant. ) | |

**THIRD PARTY DEFENDANT ORACLE AMERICA, INC.'S,
AS SUCCESSOR-IN-INTEREST TO RIGHTNOW TECHNOLOGIES, INC.,
MOTION TO DISMISS SIRIUS XM RADIO INC.'S
<u>THIRD PARTY COMPLAINT PURSUANT TO 12(b)(1)</u>**

Third Party Defendant Oracle America, Inc., as Successor-In-Interest To RightNow Technologies, Inc., by and through its undersigned attorneys, hereby moves to dismiss Sirius XM Radio Inc.'s third party complaint pursuant to 12(b)(1) (the "Motion"). A brief in support of this Motion is being filed contemporaneously herewith and is incorporated herein by reference.

| | |
|---|---|
| Dated: April 27, 2012 | **DLA PIPER LLP (US)** |
| | /s/ *Denise S. Kraft* |
| | Denise S. Kraft (ID No. 2778) |
| | Aleine M. Porterfield (ID No. 5053) |
| | 919 North Market Street, 15th Floor |
| | Wilmington, DE  19801-3046 |
| | Telephone:   302.468.5700 |
| | Facsimile:    302.394.2341 |
| | denise.kraft@dlapiper.com |
| | aleine.porterfield@dlapiper.com |
| | *Attorneys for Third Party Defendant Oracle America, Inc. as Successor-in-Interest to RightNow Technologies, Inc.* |