**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| PRAGMATUS TELECOM, LLC, | ) |
| Plaintiff/Counterclaim Defendant, | ) |
| v. | ) C.A. No.  12- 095-RGA |
| SIRIUS XM RADIO INC., | ) |
| Defendant/Counterclaim Plaintiff. | ) |
| SIRIUS XM RADIO INC., | ) |
| Third-Party Plaintiff, | ) |
| v. | ) |
| RIGHTNOW TECHNOLOGIES, INC., | ) |
| Third-Party Defendant. | ) |

**REQUEST FOR ORAL ARGUMENT**

In accordance with D. Del. L.R. 7.1.4., Third-Party Plaintiff Sirius XM Radio Inc. respectfully requests oral argument on Third-Party Defendant Oracle, Inc.'s Motion to Dismiss Pursuant to 12(b)(1) (D.I. 15).

Date:  May 14, 2012                                              Respectfully submitted,

Of Counsel:                                                              By: /s/ *Keith A. Walter*
Jonathan S. Caplan                                                 Francis DiGiovanni (#3189)
Mark A. Baghdassarian                                         Keith A. Walter (#4157)
Aaron M. Frankel                                                   Connolly Bove Lodge & Hutz LLP
KRAMER LEVIN NAFTALIS                                1007 N. Orange Street
   & FRANKEL LLP                                                 P.O. Box 2207
1177 Avenue of the Americas                              Wilmington, DE 19899
New York, New York 10036                                (302) 658-9141
Tel: (212) 715-9100                                              fdigiovanni@cblh.com
Fax: (212) 715-8000                                              kwalter@cblh.com

jcaplan@kramerlevin.com
mbaghdassarian@kramerlevin.com          *Attorneys for Third Party Plaintiff*
afrankel@kramerlevin.com                *Sirius XM Radio Inc.*

Paul J. Andre
Lisa Kobialka
KRAMER LEVIN NAFTALIS
    & FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Tel: (650) 752-1710
Fax: (650) 752-1810
pandre@kramerlevin.com
lkobialka@kramerlevin.com

**CERTIFICATE OF SERVICE**

I, Keith A. Walter, hereby certify that on the 14th day of May, 2012, I caused a true and correct copy of the foregoing **Request for Oral Argument** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification to the counsel of record, and is available for viewing and downloading.

*/s/ Keith A. Walter*
Keith A. Walter (#4157)